

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Asrar Zeynu Siraj

**Civil Action No.**   26-cv-2091-LL-DEB

**Plaintiff,**

**V.**

See Attachment

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS Petitioner's Petition under 28 U.S.C. § 2241 for an individualized bond hearing before an immigration judge. This case is hereby closed.

**Date:**          5/1/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  B. Chandler

B. Chandler, Deputy

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**   26-cv-2193-LL-DDL

Respondents:

Jeremy Casey,
Warden at Otay Mesa Detention Center;

Markwayne Mullin,
Secretary of the Department of Homeland Security;

Pamela Jo Bondi,
Attorney General;

Todd M. Lyons,
Acting Director, Immigration and Customs Enforcement;

Jesus Rocha,
Acting Field Office Director, San Diego Field Office